UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSS W. WOODWORTH,

    Plaintiff,

v.

GENERAL MOTORS PENSION PLAN
ADMINISTRATOR,

    Defendant.
    _____/

Case No. 12-14842

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [15]**

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation [15] recommending that Defendant's motion to dismiss be granted, that Plaintiff's motion to stay proceedings be denied, and that Plaintiff's complaint challenging the method by which Defendant calculated his pension benefits be dismissed without prejudice. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation and Plaintiff's objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.

    Defendant's motion to dismiss [7] is GRANTED, Plaintiff's motion to stay proceedings [11] is DENIED, and Plaintiff's complaint against Defendant is DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

                                s/Nancy G. Edmunds
                                Nancy G. Edmunds
                                United States District Judge

Dated: June 5, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 5, 2013, by electronic and/or ordinary mail.

                                        s/Johnetta M. Curry-Williams
                                        Case Manager
                                        Acting in the Absence of Carol Hemeyer